**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: November 21, 2012**

**Docket Number: 12   00255-WCA**

**ANGELA LEONARDS**
**VERSUS**
**SUMMIT CLAIMS, ET AL.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 07-05204**

**BEFORE JUDGES:**

     **Hon. Ulysses Gene Thibodeaux**
     **Hon. J. David Painter**
     **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Angela Leonards** has this day been

     **DENIED.**
     Thibodeaux, J., would grant the rehearing.

cc: Kristine D. Smiley, Counsel for the Appellee